**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

JAVIER CORTEZ,

        Plaintiff,

v.                                                              Cause No. CV 16-1206-CG-SCY

GEICO GENERAL INSURANCE COMPANY,

        Defendant.

**ORDER GRANTING STIPULATED MOTION FOR REMAND**

    **THIS MATTER** is before the Court on the Parties' *Stipulated Motion for Remand*, (Doc. 5), filed November 7, 2016. The Court, having considered the motion and being fully advised of the premises, finds that the Motion is well-taken and should be **GRANTED**.

    **IT IS THEREFORE ORDERED** that this matter is hereby **REMANDED** to the Second Judicial District Court of Bernalillo County, New Mexico.


_____
THE HONORABLE CARMEN E. GARZA
UNITED STATES MAGISTRATE JUDGE